UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER THOMPSON,

    Petitioner,

Case No. 09-cv-11062

HONORABLE DENISE PAGE HOOD

v.

KENNETH MCKEE,

    Respondent.

_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated December 30, 2011, the matter is DISMISSED WITH PREJUDICE.

Dated at Detroit, Michigan this 30th day of December, 2011.

          DAVID J. WEAVER
          CLERK OF THE COURT

          BY:   s/Julie Owens
                  DEPUTY CLERK

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon Roger Thompson, 520217, Richard A. Handlon Correctional Facility, 1728 Bluewater Highway, Ionia, MI 48846 and the parties and/or counsel of record on December 30, 2011, by electronic and/or ordinary mail.

          s/Julie Owens
          Case Manager